UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02893-SVW-GJS | Date | March 18, 2019 |
|---|---|---|---|
| Title | *Scottsdale Insurance Company v. Dickstein Shapiro LLP et al.* | | |

## JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS MINUTE ORDER [178]

The Court filed its Order on the cross-motions for summary judgment under seal. *See* Dkt. 178. The Court is inclined to believe that the Order should be unsealed, notwithstanding the parties' stipulated protective order. *See* Dkt. 71. Unless the Court hears objections from any of the parties on or before March 27, 2019, the Court will unseal the Order on summary judgment.

IT IS SO ORDERED.

| | : |
|---|---|
| Initials of Preparer | PMC |